IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

VS.                                                       No.     11-20105-STA

KARLOS LOVE,

        Defendant.

---

**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS**

---

Before the Court is Defendant's Motion to Suppress the physical evidence seized from his person and his vehicle during a traffic stop on October 13, 2010 and physical evidence seized from the premises of 949 Biggs on October 13, 2010. (D.E. #63). Defendant's Motion was filed on May 11, 2012 and was referred by District Judge S. Thomas Anderson for report and recommendation on May 16, 2012 (D.E. #64). A response to the Motion was filed by the United States on June 8, 2012. (D.E. # 66) A hearing on the Motion was held on July 3, 2012, at which time the Court heard the testimony of witnesses and statements of counsel.

Based upon the evidence presented and for the reasons stated in open court on July 3, 2012, it is recommended that defendant's Motion to Suppress evidence be DENIED. A transcript of the Court's oral ruling (D.E. # 75) will serve as written proposed findings of fact and recommended conclusions of law.

1

Signed this 17th day of July, 2012.

                                                <u>s/ Charmiane G. Claxton</u>
                                                CHARMIANE G. CLAXTON
                                                UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**